**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6909**

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

   v.

TINESHA L. BERT,

          Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, Senior District Judge. (2:18-cr-00149-RGD-DEM-2)

Submitted: December 16, 2021          Decided: December 20, 2021

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Tinesha L. Bert, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tinesha L. Bert appeals the district court's order denying her motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). We review a district court's denial of a motion for compassionate release for an abuse of discretion. *United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. We also deny Bert's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*